G:\!GRP\!CASES\6014-74\Pleadings\CA. Action No. CV10-5536\Stip for Dismissal\Proposed Order re Dismissal.FINAL.doc

CHAMBERS COPY
E-Filed Document
FILED:  9/9/2010
TIME:   9:44 AM PDT

FILED
CLERK, U.S. DISTRICT COURT

SEP 15 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| THE BANK OF KENTUCKY, INC., | CASE NO.: CV10-5536 SVW(AJWx) |
|---|---|
| Plaintiff, | Related Case No. CV10-3482 SVW(JCx) |
| v. | Assigned for all purposes to The Honorable Stephen V. Wilson Room 6 |
| BANK OF AMERICA HOME LOANS, a division of BANK OF AMERICA CORPORATION and COUNTRYWIDE HOME LOANS, INC., | [PROPOSED] ORDER DISMISSING CASE ON PARTIES' STIPULATION [F.R.C.P. RULE 41(a)(1)(ii)] |
| Defendants. | |

Epstein, Turner & Weiss
A Professional Corporation
633 W. Fifth Street,
Suite 3330
Los Angeles, CA 90071

[PROPOSED] ORDER DISMISSING CASE

G:\!GRP\!CASES\6014-74\Pleadings\CA. Action No. CV10-5536\Stip for Dismissal\Proposed Order re Dismissal.FINAL.doc

1  Upon the stipulation of the parties, and for good cause shown, IT IS
2  ORDERED THAT pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil
3  Procedure, the action entitled *The Bank of Kentucky, Inc. v. Bank of America Home*
4  *Loans, et al.*, Case No. CV10-5536 SVW (AJWx) is hereby dismissed without
5  prejudice.

8  DATED: 9/13/10                                    _____
                                                      DISTRICT COURT JUDGE

Epstein, Turner & Weiss
A Professional Corporation
633 W. Fifth Street,
Suite 3330
Los Angeles, CA 90071

-1-

**[PROPOSED] ORDER DISMISSING CASE**